UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2234 (L)
(1:23-cv-00779-LMB-LRV)

_____

HANAN ELATR KHASHOGGI

    Plaintiff - Appellant

v.

NSO GROUP TECHNOLOGIES LIMITED; Q CYBER TECHNOLOGIES LIMITED

    Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court seals the sealed version of the opening/response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk