UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2234 (L)
(1:23-cv-00779-LMB-LRV)

_____

HANAN ELATR KHASHOGGI

    Plaintiff - Appellant

v.

NSO GROUP TECHNOLOGIES LIMITED; Q CYBER TECHNOLOGIES LIMITED

    Defendants - Appellees

_____

No. 23-2241
(1:23-cv-00779-LMB-LRV)

_____

HANAN ELATR KHASHOGGI

    Plaintiff - Appellee

v.

NSO GROUP TECHNOLOGIES LIMITED; Q CYBER TECHNOLOGIES LIMITED

    Defendants - Appellants

## MANDATE

The judgment of this court, entered May 21, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*